UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

INDICTMENT NO. CR123-0012

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) 18 U.S.C. § 2252A(a)(2) |
| | ) Distribution of Child Pornography |
| JOSHUA PAUL BARNHILL | ) |
| | ) 18 U.S.C. § 2252A(a)(5)(B) |
| | ) Possession of Child Pornography |

## PENALTY CERTIFICATION

The undersigned Assistant United States Attorney hereby certifies that the maximum penalties for the offenses described in the Indictment are as follows:



**Count 1:**   **Distribution of Child Pornography**
18 U.S.C. § 2252A(a)(2)

- Not less than five (5) years of imprisonment but not more than twenty (20) years of imprisonment
- Not more than a $250,000.00 fine
- Not less than five (5) years of supervised release, but not more than life
- Forfeiture of forfeitable assets
- $100.00 special assessment
- An assessment per count pursuant to 18 U.S.C. § 3014
- An assessment per count pursuant to 18 U.S.C. § 2259A
- Registration as a sex offender under the Sex Offender registration and Notification Act
- Mandatory restitution

**Count 2:**   **Possession of Child Pornography**
18 U.S.C. § 2252A(a)(5)(B)

- Not more than twenty (20) years of imprisonment
- Not more than a $250,000.00 fine
- Not less than five (5) years of supervised release, but not more than life
- Forfeiture of forfeitable assets
- $100.00 special assessment
- An assessment per count pursuant to 18 U.S.C. § 3014

- An assessment per count pursuant to 18 U.S.C. § 2259A
- Registration as a sex offender under the Sex Offender registration and Notification Act
- Mandatory restitution

Respectfully submitted,

DAVID H. ESTES
UNITED STATES ATTORNEY

*/s/ Tara M. Lyons*
Tara M. Lyons
Assistant United States Attorney
Deputy Chief, Criminal Division
South Carolina Bar No. 16573