| | | |
|---|---|---|
| SENTENCING MINUTES | UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF GEORGIA<br>AUGUSTA DIVISION | JUDGE: DUDLEY H. BOWEN, JR.<br>DATE: September 20, 2023 |

CRIMINAL CASE NO. CR 1:23 CR 0012
UNITED STATES OF AMERICA VS. JOSHUA PAUL BARNHILL

COURTROOM DEPUTY  HYDER              COURT REPORTER  DAVENPORT

ATTORNEY(S) FOR THE GOVERNMENT:       ATTORNEY(S) FOR THE DEFENDANT:

    Jason Blanchard                                           Grant Usry, RET

U.S. PROBATION OFFICER:                DEFENDANT SENTENCED ON COUNT(S)

Matthew James                          ONE (1)

__X__ Presentence Report Reviewed In Full        Custody __15__ Months B.O.P.

_____ Objections to Factual Basis                Probation _____

_____ Objections To Guidelines Calculations      Supervised Release __15__ Years

_____ Probation Officer Testifies                Special Conditions __announced__

_____ Changes Ordered in Factual Basis/Calculations   Fine $ _____

__X__ No Changes Ordered                         Restitution $ __24,000.00__ NO INTEREST

__X__ Findings Of The Court                      Special Assessment $ 100.00

_____ Factual Witnesses Testify                  To Be Paid __as announced__

__X__ Statements Of Counsel                      Community Service _____

__X__ Statements By Defendant                    Facility Recommended _____

__X__ Sentence Pronounced                        Defendant Remanded To The USM __X__

OTHER DIRECTIVES OF THE COURT                    Voluntary Surrender _____

__X__ Attach Statement of Reasons to the Judgment    To USM ☐   To Facility ☐

__X__ Transcribe Statement of Reasons            Nolle Prosse Count(s) _____

__X__ Appeal Rights of Defendant Explained       Plea Agreement Accepted and Ratified __X__

__X__ Appellate Disclosure Forms Provided        Departure From Guidelines _____

__X__ Notice of Counsel's Post-Conviction Obligations Provided    Upward _____   Downward _____

U.S. Deputy Marshal  _Gutierrez, Partlow_

Court Security Officer  _Douglas, Magahee_

Time _2:00 PM_ to _2:48 PM_ Total _____

Pymt. under AVAA of $100.00